PD-0926&0927&0928-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/22/2015 3:05:38 PM
Accepted 7/24/2015 9:49:38 AM
ABEL ACOSTA
CLERK

IN THE

## COURT OF CRIMINAL APPEALS

### OF TEXAS

| | | |
|---|---|---|
| **JERROD DEMOUN PRESTON,** | § | |
| **PETITIONER** | § | |
| | § | **05-14-01131-CR** |
| **V.** | § | **05-14-01132-CR** |
| | § | **05-14-01133-CR** |
| **THE STATE OF TEXAS** | § | |
| | § | |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

**COMES NOW JERROD DEMOUN PRESTON,** through appointed counsel, moving the Court to extend the time to file his Petition for Discretionary Review, and would show the Court as follows:

1.  The appeal was decided by the Court of Appeals Fifth District of Texas.

2.  The opinion of that Court was filed July 14, 2015.

3.  The style was Jerrod Demoun Preston v. The State of Texas, with three case numbers: 05-14-01131-CR; 05-14-01132-CR; and 05-14-01133-CR.

4.  No Motion for Rehearing was filed.

5.  The Petition is due to be filed August 13, 2015.

6.  An extension of 30 days to September 12, 2015, is requested.

7.  No previous extension has been requested.

FILED IN
COURT OF CRIMINAL APPEALS

July 24, 2015

ABEL ACOSTA, CLERK

8. Counsel has three appellate briefs due between now and August 4, 2015, and needs additional time to properly research the issues involved in this proceeding.

**WHEREFORE**, the undersigned prays this Court will extend the time to file his Petition for Discretionary Review to and including September 12, 2015.

Respectfully submitted,

**ROBERT T. BASKETT**
State Bar No. 01871000
6060 N. Central Expressway
Suite 600
Dallas Texas 75206-5209
214/965-0900
214/880-0443 [fax]
Email: rtblaw@swbell.net

## CERTIFICATE OF COMPLIANCE

I certify that number of words in this Motion is 163 words.

**ROBERT T. BASKETT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the following motion was served by regular mail and electronic mail to Mike Casillas, Assistant District Attorney, email address at: michael.casillas@dallascounty.org and mailing address to: 133 N. Riverfront Boulevard, Dallas, Texas, 75207-4399, on this the 22nd day of July, 2015.

**ROBERT T. BASKETT**